IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOMA F. KENNER,<br><br>Plaintiff,<br><br>vs.<br><br>JERREN CARLTON and<br>THE CITY OF CAIRO, ILLINOIS,<br><br>Defendants. | No. 16-cv-01178 JPG/RJD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the plaintiff's stipulation of dismissal (doc.15). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, plaintiff has presented a stipulation of dismissal signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: April 20, 2017

                                            *s/J. Phil Gilbert*
                                            UNITED STATES DISTRICT JUDGE